# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TYRONE DAISHAWN BEEBE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **5:17-cv-00266-AKK-HGD** |
| **STATE OF ALABAMA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 22, 2017, recommending that this court dismiss Tyrone Daishawn Beebe's petition for writ of habeas corpus without prejudice. Doc. 4 at 4. The magistrate judge advised the parties of their right to file specific written objections within fourteen days, *id.*, but no party filed objections within the allotted time period.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED**, and his recommendation **ACCEPTED**. Consequently, Beebe's petition, doc. 1, is due to be **DISMISSED WITHOUT PREJUDICE**. The court will contemporaneously enter an order of final judgment in accordance with the foregoing.

**DONE** the 12th day of March, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE